UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\# 2:17-cv-07335-JFB-AKT
Filed 12/18/2017

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY - 2 2018 ★
LONG ISLAND OFFICE

Pierre Sanchez 18002062
Full name of plaintiff/prisoner ID#

Plaintiff,

JURY TRIAL DEMAND
YES ✓ NO ____

-against-

Nassau County Corrections
Nassau County
Officer John Doe #1
John Doe #2
Armor correctional health services

Enter full names of defendants
[Make sure those listed above are identical to those listed in Part III.]

Defendants.

MAY 02 2018
EDNY PRO SE OFFICE

I. Previous Lawsuits:

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: Pierre Sanchez

Defendants: Corrections officers 2:07-cv-03156-JFB-ETB
Nassau County Correctional Center

2. Court (if federal court, name the district; if state court, name the county) Eastern District

3. Docket Number: 2:07-cv-03156-JFB-ETB

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) Settled

6. Approximate date of filing lawsuit: 2008

7. Approximate date of disposition: 2008-2009

II. Place of Present Confinement: Nassau County Correctional Center

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

C. If your answer is YES,

1. What steps did you take? I called 311 three times when I got to Riker's Island, filed two reports in writting. I wrote housing in Nassau before I was transferred to Riker's.

2. What was the result? Nothing, absolutely No results, my life is in so much danger, no help at all.

D. If your answer is NO, explain why not I was slashed at the behest of the Correction's gaurds. My life was literally in their hands. I begged with tears in my eyes not to transfer me back to this Jail for fear of my life Nobody cares!

~~E. If there is no prison grievance procedure in the institution~~, did you complain to prison authorities? Yes (✓) No ( )

F. If your answer is YES,

1. What steps did you take? I wrote to housing and spoke to Captains on the Island (Rikers' Island)

2. What was the result? Nothing! Not one Change was made!

A. Name of plaintiff Pierre Sanchez

Address 100 Carman Avenue East Meadow NY 11554

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1 Nassau County Correction's
1 West Street Mineola
New York 11501

Defendant No. 2 Nassau County
1 West Street Mineola, New
York 11501

Defendant No. 3 Nassau County Correctional Center
1 West Street Mineola
New York 11501

Defendant No. 4 Nassau County Correction's officer
John Doe #1
1 West Street Mineola NY 11501

Defendant No. 5 Nassau County Correction's officer
John Doe #2
1 West Street Mineola New York 11501

Defendant No. 6 Armor Correctional health services

(Make sure that the defendants listed above are identical to those listed in the caption on page 1).

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

ON november 18th around 15:30 I was slashed from behind. This happened in the wreck yard right in front of Corrections officers. I now have an 11 inch scar on my face forever. The ~~cono~~ As. implications of which I will be judged for the rest of my life. Employment etc. I am under the care and custody of Nassau County Correctional center. There are no metal detectors. No "pat-downs" No security measures what so-ever. I was placed in a Max-A unit, when in fact my classifaction is Low. Per my classifaction and transfer from riker's Island I am suffering in ways I can't even explain.

IV.A If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received? I have an 11 inch slash on the left side of my face. I was seen by a plastic surgeon and he did the best he could. For the rest of my life I will be judged because of this scar. I give you permission to retrieve my medical ~~rect~~ P.S. records. I am also sending some medical copies with this form. The actual photo is on record w/ the jail.

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged, as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

ON November 18th I was slashed on the right side of my face from behind in E1B wreck yard. Earlier in the day a C.O. that I have seen before and know by face was on the E1B unit talking to me in front of other inmates threatening me about a situation that was before this very court more then 8-9 years ago. After I was slashed I was informed by C.O.'s that they would have more done to me, and were very happy about what had happened already to me. They reminded me of where I was at and how easy they could "lose me".

IV.A If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I was slashed on the right side of my face. The scar is 11 inches long and the incident was photographed For the rest of my life I will be judged, and scorned for my appearance for the rest of my life.

I want monotary ~~[illegible]~~ relief 250K and changes to security measures.
Inmates should have to pass through metal detectors to enter any work yard. "Pat-Downs" should be common when movement of inmates occurs. Hand held metal detectors should be utilized.

I declare under penalty of perjury that on April 27, 2018, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 27th day of April, 2018. I declare under penalty of perjury that the foregoing is true and correct.

ROBERT EMMET HOLMES
Notary Public, State of New York
No. 01HO6371128
Qualified in Nassau County
Commission Expires February 20, 2022

Pierre [signature]
Signature of Plaintiff

Nassau County Correctional Center
Name of Prison Facility

100 Carman Ave
East Meadow NY
11554
Address

18002062
Prisoner ID#

Mr. P. Sanchez
C. C.# 18002062
Location B3C7
100 CARMAN AVENUE
EAST MEADOW, NEW YORK 11554-1146

U.S. POSTAGE PITNEY BOWES
ZIP 11554 $ 006.41⁰
02 4W
0000336499 APR 30 2018




HICKSVILLE NY 11756
RECEIVED USPS
APR 30 2018

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 02 2018 ★
LONG ISLAND OFFICE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7015 3010 0001 5141 1327

Judge Joseph F. Bianco
Eastern district of New York
Long Island Federal Court Plaza
Central Islip New York 11722

USMS

w 5/2