UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE SANCHEZ,<br><br>Plaintiff,<br><br>-against-<br><br>NASSAU COUNTY, SHERIFF MICHAEL SPOSATO, CORRECTION OFFICER KEITH HOLLINGSHEAD, CORRECTION OFFICER ANDREW JAMES, and PATRICK RYAN,<br><br>Defendants. | No. 17-cv-7335 (KAM)(LB)<br><br>**STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

Plaintiff Pierre Sanchez ("Plaintiff") and Defendants Nassau County, Michael Sposato, Ketih Hollingshead, Andrew James, and Patrick Ryan ("Defendants"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, Plaintiff and Defendants reached a settlement agreement in the above-captioned action on May 15, 2023;

**WHEREAS**, the parties memorialized that agreement in a SETTLEMENT AGREEMENT AND MUTUAL RELEASE ("Settlement Agreement") dated May 30, 2023;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that the above-entitled action be discontinued with prejudice (except that Plaintiff may renew his action should Defendants fail to comply with the Settlement Agreement).

Dated: June 14, 2023
New York, New York

Dated: June __, 2023

**PLAINTIFF** – PIERRE SANCHEZ

By:_______________________________

KEARA A. BERGIN
*DEWEY, PEGNO & KRAMARKSY LLP*
*777 Third Avenue*
*New York, New York 10017*
*(212)943-9000*

6.20.2023

**DEFENDANTS** - NASSAU COUNTY, FORMER SHERIFF MICHAEL SPOSATO, CORRECTION OFFICER KEITH HOLLINGSHEAD and CORRECTION OFFICER ANDREW JAMES

By: James Michael Murphy

JAMES M. MURPHY, ESQ.

*MONTFORT, HEALY, McGUIRE & SALLEY LLP*

*840 Franklin Avenue, P.O. Box 7677*

*Garden City, New York 11530-7677*

*(516)747-4082*

Dated: June ______, 2023
**DEFENDANT** – PATRICK RYAN

By: William P. Nolan

*WILLIAM PATRICK NOLAN, ESQ.*
*1103 Stewart Avenue, Suite 200*
*Garden City, New York 11530*
*(516)663-0854*